# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---
## NO. 03-09-00311-CV
---

**In re Change to Win**

---
### ORIGINAL PROCEEDING FROM TRAVIS COUNTY
---

## M E M O R A N D U M   O P I N I O N

Relator Change to Win's petition for writ of mandamus and request for emergency relief are denied.  *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed:   June 5, 2009